(Reap. Dec. 9422)

STOREY ENGLISH CHINA AGENCIES v. UNITED STATES

Entry No. 18513.

(Decided May 12, 1959)

*Lawrence & Tuttle* (*Edward N. Glad* of counsel) for the plaintiff.
*George Cochran Doub*, Assistant Attorney General (*Murray Sklaroff*, trial attorney), for the defendant.

WILSON, Judge: This appeal for reappraisement relates to certain chinaware that was exported from the United Kingdom and entered at the port of Los Angeles.

An agreed set of facts, upon which the case has been submitted, establishes that export value, as that value is defined in section 402(d) of the Tariff Act of 1930, is the proper basis for appraisement of the merchandise in question, and that such statutory values are the invoiced unit prices, plus 33⅓ per centum, less 2½ per centum, plus packing, and I so hold.

Judgment will be rendered accordingly.